PROB 12A
(07/93)

# UNITED STATES DISTRICT COURT

*for*

APR 2 5 2006

## Western District of Wisconsin

*Report on Offender Under Supervision*

*Name of Offender:* Daniel Stuart Williams       *Case Number:* 95-CR-78-C-01
Chippewa County Jail
44 East Spruce Street
Chippewa Falls, WI 54729

*Name of Sentencing Judicial Officer:* Honorable Barbara B. Crabb

*Date of Original Sentence:* April 2, 1996       *Date of Amended Sentence:* April 3, 1997

*Original Offense:* Count 1: Bank robbery in violation of 18 U.S.C. § 2113(a) and (d); and Count 2: Use of a firearm during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c)(1) and 921(a)(6)

*Original Sentence:* Count 1: 47 months of imprisonment followed by 5 years of supervised release; and Count 2: 10 years of imprisonment consecutive to Count 1 followed by 3 years of supervised release concurrent to Count 1.

*Amended Sentence:* Count 1: 21 months of imprisonment followed by 5 years of supervised release; and Count 2: 10 years of imprisonment consecutive to Count 1 followed by 3 years of supervised release concurrent to Count 1.

*Type of Supervision:* Supervised Release

## SUMMARY

Daniel Stuart Williams was ordered to complete the following under special condition #1: "Reside in a federally contracted Community Corrections Center (CCC) for the first six months of supervision with work release privileges, unless earlier discharged after a minimum period of four months by the CCC director with the approval of the supervising U.S. Probation Officer."

RECORD GROUP # 21
ACCESSION # 98-0230
BOX # 418
RECORDS CENTER LOCATION
# 189747-189754

c/o Teresa Perales
6-15-01

3 -- USP
-- USA
USMS

On February 2, 2006, Mr. Williams began his five-year term of supervised release. He is currently residing at the Chippewa County Jail in Chippewa Falls with work release privileges. Mr. Williams has abided by the rules and regulations at the Chippewa County Jail with the exception of one incident wherein he deviated from his schedule for one hour and consumed a beer with his coworkers. This lapse resulted in a loss of work release privileges for five days. He is gainfully employed at a full-time job as a roofer for a local Eau Claire company. He has saved enough money to rent an apartment and move to Eau Claire. Due to the location of the jail and his lack of reliable transportation his continued stay at the facility has hindered his ability to maintain employment. Further, he cannot participate in local mental health treatment while there in custody.

**U.S. Probation Office Recommendation:** Despite his single lapse in judgment while at the jail, we recommend Mr. Williams' term of supervised release be modified to allow him to be released from the CCC prior to the 120-day minimum time period.

Assistant U.S. Attorney Laura Pryzbylinski Finn concurs with this recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2006

U.S. Probation Officer

---

THE COURT ORDERS:

___ No Action is Necessary

_X_ Special Condition #1 is modified as of this date and Mr. Williams may be released from the custody of the CCC, specifically the Chippewa County Jail.

___ Other

Barbara B. Crabb
U.S. District Judge

April 25, 2006
Date